UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61833-CIV-DIMITROULEAS

EVELYN NAZARIO
S.S.N. xxx-xx-5362                                          Magistrate Judge Rosenbaum

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

THIS CAUSE is before the Court upon the Amended Report and Recommendation, signed by Magistrate Robin S. Rosenbaum on January 16, 2009. [DE-21]. On February 5, 2009, Plaintiff filed her Objections to the Report of the Magistrate Judge. [DE-22]. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a _de novo_ review of the record herein, and is otherwise fully advised in the premises.

After carefully considering each of these objections, this Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff had a fair hearing and a full administrative consideration in accordance with the applicable statutes and regulations and that substantial evidence supports the ALJ's findings as to Plaintiff's residual functional capacity. As for the ALJ's finding that Plaintiff's past relevant work as a transporter at a hospital constituted "medium duty" and that she could return to this work, the Court agrees with the Magistrate that the ALJ's failure to engage in the required analysis was harmless error.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report to District Judge [DE-21] is hereby **ADOPTED**.

2. Plaintiff's Objections to the Report [DE-22] are hereby **OVERRULED**.

3. Plaintiff's Motion for Summary Judgment [DE-11] is **DENIED**.

4. Defendant's Motion for Summary Judgment [DE-17] is **GRANTED**.

5. The decision of the Commissioner is **AFFIRMED**.

6. All other motions are **DENIED AS MOOT**.

7. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Rosenbaum
Lilli W. Marder, Esq.
Jeffrey W. Dickstein, AUSA